UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80129-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERNEST JOLLY,

    Defendant.
_____/

## AMENDED ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge James M. Hopkins on January 11, 2009. *de novo and reviewed* The court has considered the Report and Recommendation, the pertinent parts of the record, the defendant's written objections, and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The defendant's Motion to Suppress Evidence and Confessions, DE# 19, is **Denied**.

**DONE and ORDERED** in West Palm Beach, this 28 day of January, 2009.

                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE

cc:    counsel of record